[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

# RECEIVED

FEB 10 2022

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

United States District Court
Northern District of Illinois

Micah Anderson

    Plaintiff        )
                )
    v.             )
                )
Lavine Family Pavilion    )
    Defendant       )
Northwestern  et al.,

1:22-cv-00760
Judge Matthew F. Kennelly
Magistrate Judge Sheila M. Finnegan
RANDOM

## COMPLAINT

The Company with my Investments. Lavine Family Pavilion Security Exchange Commission Name Reporter NE Castro Timothy G  Issuer Estates Fire Indemnity Co. 100 Erie Insurance Place Erie PA 16530 Rebecca Reporting Power of Attorney For my Investments I'm Sending Proof of the Investments.   Page 1 A

North Western Memorial Hospital Neurology Security Exchange  Comm    111 014 13 1418 Nureo Podcast Station Firm

1)B Web Research on,  www. aan. com > education > Neurology Podcast - Directory Pod cast CME Exams  1B

2) Podcast. Apple. Com > podcast > Neurology - exam The Neurology Exam Prep Podcast Jeremy Moeller   1B2

3) www. NINDS. Nih.gov - the National Institute of Neurological Disorder And Stroke   1B3

4) Resident & Fellow Section / American Academy of Neurology   1B4 www. Neurology .org

1

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

CLAIM

FCC Leasing mongement system

Facility ID 60353    Network Affiliation 3 Application

ABC, CW Plus, meTV   The facility

Were Recieving surety from my INvestments

on my certificate 6963591    PA1

Lincensee : Arkansas Hearst Television inc

P.O. Box 1000 c/o Brooks, Pierce Releigh

NC, 27602 Application Also.    PA2

FCC Facility ID: 189923 Community

Hot Springs, AR   Lincee DTV America Corporation

295 MADISON Avenue, 12th Fl, New York, NY 10017

Application Also    PA3

FCC Facility 73887   Application Also

PA4

PROOF Communications equipment AND Recording

on the Family Pavilion Primary CARE TEAM which

I Dont have the productions or Doccuments All

use my INvestments AND  Bond for the FFC

using Certificate 6963591

2

Mieeh Anderson )
)
Plaintiff )
)
v. )
)
Laune Family PAUEN )
)
Defendant )
MEMORIAL NorthuesLCPN

**United States District Court**
**Northern District of Illinois**

**COMPLAINT**

Decemu Protice, Abuse And Neglect, Negligent inooAfanolinny capacity

On The estate of The 295e erie Chicago IL 60611 My UHD 002568789 INVestment were on the estales

AT:

1) Northwestern Medicine Center for Fertility And Reproductive

2) The Estate of My UHD 002568789, QF Erie St unit 2905, Chicago, Iy 60611 Apartments, com 3D Tours HD venios.

3) Orthodics d Prosthetics — Chicago, 60611 — F Erie st

4) 555E Erie st Chicago, IL 60611 APN 17101120111617

5) 55E Erie st APT 5302 Chicago, Iy 60611 71110w.

The estates were my Atrial Fib energy were trickling me going Back and forth to the North Western Decepne No Letting me know My Heart implanted Caroiovascular Devices is in Estate That I Dont Have And Access to The utilities.

Cause Pain Im submitting over the Documents Non or The Hospions visit. Releasing me stating Nothong Wrong. While I have Estates with energy on the Estate Registered with The Heart Implant.

page 4) (3)

CLAIM

The Northwestern IS Responsible for The Atral
Damages Cause By The inliner used with The Y
UHD 062056789 . Markering And Develuping Carnio
Problems. Neglegence under afrooucliany Capaetty

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

*Mailing Address*

Defendant No. 1

Name — *Lavine Family Pavilion*

Job or Title *(if known)*

Street Address — *259 E Erie St 19th fl*

City and County

State and Zip Code — *Chicago, IL 60611*

Telephone Number

E-mail Address *(if known)*

*PLAINTFF*

Defendant No. 2

Name — *Micch Anderson*

Job or Title *(if known)*

Street Address — *651 Sweller*

City and County — *Chicago, IL 60667*

State and Zip Code

Telephone Number

E-mail Address *(if known)* — *FFRFR038@smail.com*

Defendant No. 3

Name

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

Defendant No. 4

Name

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

NONE
NONE
693 PACIFIC STAR CT

NONE,NV 89109
LAS VEGAS,NV 60633
(702)999-9999    OCC: SELF EMPLOYED
(312)723-9813  RELTN: SELF
G U A R A N T O R   E M P L O Y E R
OCCURRENCE CODES          CONDITION CODES
NONE
11  05/08/19
NONE
NONE,NV 89109
(702)999-9999

### I N S U R A N C E   I N F O R M A T I O N

| PRIMARY: MEDNVPA - 06235 | SECONDARY: CHAX050 - 09950 | TERTIARY: UNINSURED - 09940 |
|---|---|---|
| MEDICAID PENDING | CHARITY PENDING | UNINSURED DISCOUNT PLAN |

., NV .                     ., NV .                      ., NV
POLICY #:00002564234        POLICY #:99999999999         POLICY #:77777777777
COVERAGE #:.                COVERAGE #:                  COVERAGE #:
INS PHONE #:.               INS PHONE #:.                INS PHONE #:.
GRP #:9999999               GRP#:999999                  GRP#:9999999
AUTH #:                     AUTH #:.                     AUTH #:
AUTH DT:       VER DT: 05/08 AUTH DT:        VER DT:      AUTH DT:        VER DT:
SUB: ANDERSON,MICAH         SUB: ANDERSON,MICAH          SUB: ANDERSON,MICAH
RELAT: SA   DOB: 11/22/1990 RELAT: SA   DOB: 11/22/1990  RELAT: SA   DOB: 11/22/1990

### P H Y S I C I A N   I N F O R M A T I O N / D O C U M E N T A T I O N

ADM:                        PCP:.NO PCP    NO PRIMARY OR FAMILY PHYSICIAN
HCS:                        HCS:7943
ATT:                        REF:.SELF     SELF REFERRED
HCS:                        HCS:9715
ER: LINCH01    Lin,Charles S  MD, 8574
REASON FOR VISIT/CHIEF COMPL:CHEST PAIN

NONE
NONE
ANDERSON, MICAH
693 PACIFIC STAR CT

NONE,NV 89109
LAS VEGAS,NV 60633
(702)999-9999    OCC: SELF EMPLOYED
(312)723-9813  RELTN: SELF
G U A R A N T O R   E M P L O Y E R
OCCURRENCE CODES          CONDITION CODES
NONE
11  05/08/19
NONE
NONE,NV 89109
(702)999-9999

### I N S U R A N C E   I N F O R M A T I O N

| PRIMARY: MEDNVPA - 06235 | SECONDARY: CHAX050 - 09950 | TERTIARY: UNINSURED - 09940 |
|---|---|---|
| MEDICAID PENDING | CHARITY PENDING | UNINSURED DISCOUNT PLAN |

., NV .                     ., NV .                      ., NV
POLICY #:00002564234        POLICY #:99999999999         POLICY #:77777777777
COVERAGE #:                 COVERAGE #:                  COVERAGE #:
INS PHONE #:.               INS PHONE #:.                INS PHONE #:.
GRP #:9999999               GRP#:999999                  GRP#:9999999
AUTH #:                     AUTH #:.                     AUTH #:
AUTH DT:       VER DT: 05/08 AUTH DT:        VER DT:      AUTH DT:        VER DT:
SUB: ANDERSON,MICAH         SUB: ANDERSON,MICAH          SUB: ANDERSON,MICAH
RELAT: SA   DOB: 11/22/1990 RELAT: SA   DOB: 11/22/1990  RELAT: SA   DOB: 11/22/1990

### P H Y S I C I A N   I N F O R M A T I O N / D O C U M E N T A T I O N

ADM:                        PCP:.NO PCP    NO PRIMARY OR FAMILY PHYSICIAN
HCS:                        HCS:7943
ATT:                        REF:.SELF     SELF REFERRED
HCS:                        HCS:9715
ER: LINCH01    Lin,Charles S  MD, 8574
REASON FOR VISIT/CHIEF COMPL:CHEST PAIN

 **Federal Communications Commission** | # Licensing and Management System | Search | Log In

*With my certification*

Facility ID:60353

# KHBS

**Channel:** 21 | **Station Type:** Main | **Community:** FORT SMITH, AR

❓ **Help**

« Back To Search Results

**FACILITY DETAILS** | **FACILITY TECHNICAL DATA**

## Channel and Facility Information

**Service:**
Full Service Television

**Facility Type:**
Commercial

**Facility Status:**
LICENSED

**Status Date:**
08/27/2021

**Expiration Date:**
06/01/2029

**Country:**
US

**FRN:**
0019178573

**Channel:**
21

**Primary Station:**

**Satellite TV:**
No

**Virtual Channel:**
40

**Digital Status:**

**NTSC TSID:**
136

**DTV TSID:**
137

**Network Affiliation:**
ABC, CW Plus, MeTV

**Nielsen DMA:**
Ft. Smith-Fay-Sprngdl-Rgrs

**Online Public Inspection Files (OPIF)**

## Licensee

**Name:**
Arkansas Hearst Television Inc.

**Title:**

**Address:**
PO Box 1800 c/o Brooks, Pierce et al.
Raleigh, NC 27602
US

**Phone:**
+1 (919) 839-0300

## Contact Representative

**Name:**
Elizabeth E. Spainhour

**Title:**

**Address:**
Brooks, Pierce et al.
150 Fayetteville Street Suite 1700
Raleigh, NC 27601
US

**Phone:**

**Email:**

espainhour@brookspierce.com

+1 (919) 839-0300

**Email:**

espainhour@brookspierce.com

## Main Studio Location

**Address:**

2809 Ajax Avenue
Suite 200
Rogers, AR 72758
US

**Phone:**

+1 (479) 631-4029

## Control Point Information

**Address:**

2809 Ajax Avenue
Suite 200
Rogers, AR 72758

**Phone:**

+1 (479) 631-4029

## Attachments

**Date Uploaded**                                  **File Name**

## Application History

| Application | Submit Date |
| --- | --- |
| **0000183399**<br>Children's TV Programming Report<br>Received, Active<br>Status Date: 01/31/2022 | 01/31/2022 |
| **0000134632**<br>Renewal of License<br>Granted, Active<br>Status Date: 08/27/2021 | 02/01/2021 |
| **0000134627**<br>EEO Report<br>Received, Active<br>Status Date: 02/01/2021 | 02/01/2021 |
| **0000133204**<br>Children's TV Programming Report<br>Received, Active<br>Status Date: 01/27/2021 | 01/27/2021 |
| **0000107866**<br>Children's TV Programming Report<br>Received, Active<br>Status Date: 03/13/2020 | 03/13/2020 |

## Call Sign History

| Call Sign | Begin Date |
|-----------|------------|
| KHBS | 03/21/1983 |
| KFPW-TV | 04/26/1979 |
| KFPW | |

Technical problems or trouble accessing the system? Submit a help request for assistance or contact (877) 480-3201 or TTY: (717) 338-2824

Federal Communications Commission
45 L Street NE
Washington, DC 20554

Phone: 1-888-225-5322
TTY: 1-888-835-5322
Fax: 1-866-418-0232
Contact Us
Website Policies & Notices
Privacy Policy
FOIA
No Fear Act Data
FCC Digital Strategy
Open Government Directive
Plain Writing Act
RSS Feeds & Email Updates
Accessibility
About the FCC
Proceedings & Actions
Licensing & Databases
Reports & Research
News & Events
For Consumers
Consumer
Enforcement
Inspector General
International
Media
Public Safety
Wireless
Wireline
Offices

 **Federal Communications Commission**

# Licensing and Management System

Search | Log In

Facility ID:60353

# KHBS

*PA2*

**Channel:** 21   **Station Type:** Main   **Community:** FORT SMITH, AR

❓ **Help**

« Back To Search Results

**FACILITY DETAILS**   **FACILITY TECHNICAL DATA**

## Channel and Facility Information

| | |
|---|---|
| **Service:** | Full Service Television |
| **Facility Type:** | Commercial |
| **Facility Status:** | LICENSED |
| **Status Date:** | 08/27/2021 |
| **Expiration Date:** | 06/01/2029 |
| **Country:** | US |
| **FRN:** | 0019178573 |

| | |
|---|---|
| **Channel:** | 21 |
| **Primary Station:** | |
| **Satellite TV:** | No |
| **Virtual Channel:** | 40 |
| **Digital Status:** | |
| **NTSC TSID:** | 136 |
| **DTV TSID:** | 137 |
| **Network Affiliation:** | ABC, CW Plus, MeTV |
| **Nielsen DMA:** | Ft. Smith-Fay-Sprngdl-Rgrs |
| **Online Public Inspection Files (OPIF)** | |

## Licensee

**Name:** Arkansas Hearst Television Inc.

**Title:**

**Address:** PO Box 1800 c/o Brooks, Pierce et al.
Raleigh, NC 27602
US

**Phone:** +1 (919) 839-0300

## Contact Representative

**Name:** Elizabeth E. Spainhour

**Title:**

**Address:** Brooks, Pierce et al.
150 Fayetteville Street Suite 1700
Raleigh, NC 27601
US

**Phone:**

Email:

espainhour@brookspierce.com

+1 (919) 839-0300

Email:

espainhour@brookspierce.com

## Main Studio Location

Address:

2809 Ajax Avenue
Suite 200
Rogers, AR 72758
US

Phone:

+1 (479) 631-4029

## Control Point Information

Address:

2809 Ajax Avenue
Suite 200
Rogers, AR 72758

Phone:

+1 (479) 631-4029

## Attachments

| Date Uploaded | File Name |
|---------------|-----------|

## Application History

| Application | Submit Date |
|-------------|-------------|
| **0000183399**<br>Children's TV Programming Report<br>Received, Active<br>Status Date: 01/31/2022 | 01/31/2022 |
| **0000134632**<br>Renewal of License<br>Granted, Active<br>Status Date: 08/27/2021 | 02/01/2021 |
| **0000134627**<br>EEO Report<br>Received, Active<br>Status Date: 02/01/2021 | 02/01/2021 |
| **0000133204**<br>Children's TV Programming Report<br>Received, Active<br>Status Date: 01/27/2021 | 01/27/2021 |
| **0000107866**<br>Children's TV Programming Report<br>Received, Active<br>Status Date: 03/13/2020 | 03/13/2020 |

## Call Sign History

| Call Sign | Begin Date |
|-----------|------------|
| KHBS | 03/21/1983 |
| KFPW-TV | 04/26/1979 |
| KFPW | |

Technical problems or trouble accessing the system? Submit a help request for assistance or contact (877) 480-3201 or TTY: (717) 338-2824

Federal Communications Commission
45 L Street NE
Washington, DC 20554

Phone: 1-888-225-5322
TTY: 1-888-835-5322
Fax: 1-866-418-0232
Contact Us
Website Policies & Notices
Privacy Policy
FOIA
No Fear Act Data
FCC Digital Strategy
Open Government Directive
Plain Writing Act
RSS Feeds & Email Updates
Accessibility
About the FCC
Proceedings & Actions
Licensing & Databases
Reports & Research
News & Events
For Consumers
Consumer
Enforcement
Inspector General
International
Media
Public Safety
Wireless
Wireline
Offices



# Federal Communications Commission
## Licensing and Management System

Search | Log In

Facility ID:188823

# KENH-LD

**Channel:** 26  **Station Type:**  **Community:** HOT SPRINGS, AR

❓ Help

« Back To Search Results

FACILITY DETAILS  |  **FACILITY TECHNICAL DATA**

## Channel and Facility Information

| | | | |
|---|---|---|---|
| **Service:** | | **Channel:** | |
| | Low Power Digital TV | | 26 |
| **Facility Type:** | | **Primary Station:** | |
| **Facility Status:** | | **Satellite TV:** | |
| | LICENSED | | No |
| **Status Date:** | | **Virtual Channel:** | |
| | 01/04/2022 | | |
| **Expiration Date:** | | **Digital Status:** | |
| | 06/01/2029 | | |
| **Country:** | | **NTSC TSID:** | |
| | US | | 9952 |
| **FRN:** | | **DTV TSID:** | |
| | 0019866425 | | 9953 |
| | | **Network Affiliation:** | |
| | | **Nielsen DMA:** | |

## Licensee

**Name:**
DTV AMERICA CORPORATION

**Title:**

**Address:**
295 MADISON AVENUE, 12TH FLOOR
NEW YORK, NY 10017
US

**Phone:**
+1 (954) 606-5486

**Email:**

## Contact Representative

**Name:**
DAVID O'CONNOR

**Title:**
PARTNER

**Address:**
WILKINSON, BARKER, KNAUER, LLP
1800 M STREET, NW; SUITE 800N
WASHINGTON, DC 20036
US

**Phone:**
+1 (202) 383-3429

RILHARDT@HC2BROADCASTING.COM    **Email:**

DOCONNOR@WBKLAW.COM

## Main Studio Location   Control Point Information

**Address:**                   **Address:**

**Phone:**                     **Phone:**

## Attachments

**Date Uploaded**                                    **File Name**

## Application History

| Application | Submit Date |
|---|---|
| **0000134424** <br> Renewal of License <br> Amendment <br> Granted, Active <br> Status Date: 01/04/2022 | 01/04/2022 |
| **0000134424** <br> Renewal of License <br> Amendment <br> Granted, Active <br> Status Date: 01/04/2022 | 01/04/2022 |
| **0000145607** <br> Administrative Update <br> Received, Active <br> Status Date: 05/14/2021 | 05/14/2021 |
| **0000134411** <br> EEO Report <br> Received, Active <br> Status Date: 02/01/2021 | 02/01/2021 |
| **0000124561** <br> Administrative Update <br> Received, Active <br> Status Date: 10/13/2020 | 10/13/2020 |
| **0000080593** <br> License To Cover | 08/26/2019 |

## Call Sign History

| Call Sign | Begin Date |
|-----------|------------|
| KENH-LD | 02/08/2017 |
| K41NH-D | 10/02/2012 |

Technical problems or trouble accessing the system? Submit a help request for assistance or contact (877) 480-3201 or TTY: (717) 338-2824

Federal Communications Commission
45 L Street NE
Washington, DC 20554

Phone: 1-888-225-5322
TTY: 1-888-835-5322
Fax: 1-866-418-0232
Contact Us
Website Policies & Notices
Privacy Policy
FOIA
No Fear Act Data
FCC Digital Strategy
Open Government Directive
Plain Writing Act
RSS Feeds & Email Updates
Accessibility
About the FCC
Proceedings & Actions
Licensing & Databases
Reports & Research
News & Events
For Consumers
Consumer
Enforcement
Inspector General
International
Media
Public Safety
Wireless
Wireline
Offices

 **Federal Communications Commission**

# Licensing and Management System

Search | Log In

Facility ID:73887

# WPLJ

**Station Type:** Main | **Community:** NEW YORK, NY

❷ Help

« Back To Search Results

FACILITY DETAILS | FACILITY TECHNICAL DATA

## Channel and Facility Information

**Call Sign:**
WPLJ

**Class:**
B

**Service:**
Full Power FM

**Primary Station:**

**Facility Type:**
Noncommercial Educational

**Facility Status:**
LICENSED

**Status Date:**
06/20/2002

**License Expiration Date:**
06/01/2022

**Off-air Date:**

## Licensee

**Name:**
EDUCATIONAL MEDIA FOUNDATION

**Title:**

**Address:**
5700 WEST OAKS BLVD
ROCKLIN, CA 95765
US

**Phone:**
+1 (916) 251-1600

**Email:**
EFILE@EMFBROADCASTING.COM

## Contact Representative

**Name:**
MARY O'CONNOR

**Title:**

**Address:**
WILKINSON BARKER KNAUER, LLP
1800 M. STREET, N.W., SUITE 800N
WASHINGTON, DC 20036
US

**Phone:**
+1 (202) 383-3351

**Email:**
MOCONNOR@WBKLAW.COM

## Attachments

**Date Uploaded**                                                    **File Name**

## Application History

| Application | Submit Date |
|---|---|
| **0000179812**<br>Renewal of License<br>Pending, Active<br>Status Date: 01/13/2022 | 01/13/2022 |
| **0000177614**<br>EEO Report<br>Received, Active<br>Status Date: 12/21/2021 | 12/21/2021 |
| **BMLED-20190222AAE**<br>Modification of License<br>Granted, Active<br>Status Date: 06/12/2019 | 02/22/2019 |
| **BALH-20190213AAU**<br>Assignment Amendment<br>Granted, Active<br>Status Date: 05/13/2019 | 02/13/2019 |
| **BALH-20190213AAU**<br>Assignment of Authorization<br>Superceded, In-Active<br>Status Date: 02/27/2019 | 02/13/2019 |
| **BXLH-20171010ADE**<br>License To Cover<br>Granted, Active<br>Status Date: 10/19/2017 | 10/10/2017 |

## Call Sign History

| Call Sign | Begin Date |
|---|---|
| WPLJ | 12/21/1988 |
| WWPR | 12/17/1987 |
| WPLJ | 01/11/1980 |

Technical problems or trouble accessing the system? Submit a help request for assistance or contact (877) 480-3201 or TTY: (717) 338-2824

Federal Communications Commission
45 L Street NE
Washington, DC 20554

Phone: 1-888-225-5322
TTY: 1-888-835-5322
Fax: 1-866-418-0232
Contact Us
Website Policies & Notices
Privacy Policy
FOIA
No Fear Act Data
FCC Digital Strategy
Open Government Directive
Plain Writing Act
RSS Feeds & Email Updates
Accessibility
About the FCC
Proceedings & Actions
Licensing & Databases
Reports & Research
News & Events
For Consumers
Consumer
Enforcement
Inspector General
International
Media
Public Safety
Wireless
Wireline
Offices

Facility ID:71680

# WSWP-TV

**Channel:** 8 | **Station Type:** Main | **Community:** GRANDVIEW, WV

## Contour Map

« Back To Search Results



☐ Site ID: 1, 36 dBu F(5090)

# Application

**File Number:** BLEDT-20100210AAQ
**Service:** Full Service Television
**Channel:** 8
**Class:**
**Application Status:** Granted
**Authorization Type:** License
**Submit Date:** 02/10/2010

## DTV Antenna

### Site 1

**NAD83 Coordinates:** 37 53' 46.4" N 80 59' 20.3" W
**Make Mode:** DIE THV-6A10-R 3C140
**Rotation:** 0
**Tilted:**
**Antenna Type:** Directional Custom
**Antenna Polarization:** Horizontal
**ERP (Effective radiated power):** 24 kW
**RAMSL (Radiation center above mean sea level):** 1037.7 meters
**HAAT (Antenna Height Above Average Terrain):** 317.9 meters
**RACL (Radiation Center Above Ground Level):** 135.7 meters

### Directional Antenna Relative Field Values (Pre-rotated Pattern)

| Rad | Field | ERP | Rad | Field | ERP | Rad | Field | ERP | Rad | Field | ERP |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 0 | 0.733 | 12.89494 | 90 | 0.676 | 10.96742 | 180 | 0.957 | 21.98038 | 270 | 0.965 | 22.3494 |
| 10 | 0.715 | 12.2694 | 100 | 0.733 | 12.89494 | 190 | 0.942 | 21.29674 | 280 | 0.928 | 20.66842 |
| 20 | 0.69 | 11.4264 | 110 | 0.801 | 15.39842 | 200 | 0.934 | 20.93654 | 290 | 0.887 | 18.88246 |
| 30 | 0.659 | 10.42274 | 120 | 0.871 | 18.20738 | 210 | 0.937 | 21.07126 | 300 | 0.852 | 17.4217 |
| 40 | 0.627 | 9.4351 | 130 | 0.931 | 20.80226 | 220 | 0.951 | 21.70562 | 310 | 0.824 | 16.29542 |
| 50 | 0.605 | 8.7846 | 140 | 0.972 | 22.67482 | 230 | 0.972 | 22.67482 | 320 | 0.801 | 15.39842 |
| 60 | 0.598 | 8.5825 | 150 | 0.99 | 23.5224 | 240 | 0.991 | 23.56994 | 330 | 0.781 | 14.63906 |

| Rad | Field | ERP | Rad | Field | ERP | Rad | Field | ERP | Rad | Field | ERP |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 70 | 0.608 | 8.87194 | 160 | 0.988 | 23.42746 | 250 | 1.0 | 24.0 | 340 | 0.763 | 13.97206 |
| 80 | 0.634 | 9.64694 | 170 | 0.975 | 22.815 | 260 | 0.992 | 23.61754 | 350 | 0.748 | 13.4281 |

Facility ID:130929

# KWDA-LD

**Channel:** 4 | **Station Type:** Main | **Community:** DALLAS, TX

## Contour Map

Back To Search Results



Site ID: 1.51 dBu F(5090)

# Application

| | |
|---|---|
| **File Number:** | BLDTL-20110711AGT |
| **Service:** | Low Power Digital TV |
| **Channel:** | 4 |
| **Class:** | |
| **Application Status:** | Granted |
| **Authorization Type:** | License |
| **Submit Date:** | 07/11/2011 |

## LRD Antenna

### Site 1

| | |
|---|---|
| **NAD83 Coordinates:** | 32 46' 48.0" N 96 48' 14.0" W |
| **Make Model:** | ATC BC10-21 |
| **Rotation:** | 60 |
| **Antenna Type:** | Directional Custom |
| **Antenna Polarization:** | |

**ERP (Effective radiated power):** 2 kW

**RCAMSL (Radiation center above mean sea level):** 414 meters

**HAAT (Antenna Height Above Average Terrain):**

**RCAGL (Radiation Center Above Ground Level):** 284 meters

## Directional Antenna Relative Field Values (Pre-rotated Pattern)

| Rad | Field | ERP | Rad | Field | ERP | Rad | Field | ERP | Rad | Field | ERP |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 0 | 0.999 | 1.996 | 90 | 0.485 | 0.47045 | 180 | 0.001 | 0.0 | 270 | 0.485 | 0.47045 |
| 10 | 0.895 | 1.60205 | 100 | 0.348 | 0.24221 | 190 | 0.001 | 0.0 | 280 | 0.636 | 0.80899 |
| 20 | 0.789 | 1.24504 | 110 | 0.237 | 0.11234 | 200 | 0.001 | 0.0 | 290 | 0.803 | 1.28962 |
| 30 | 0.839 | 1.40784 | 120 | 0.12 | 0.0288 | 210 | 0.001 | 0.0 | 300 | 0.939 | 1.78643 |
| 40 | 0.977 | 1.90906 | 130 | 0.024 | 0.00115 | 220 | 0.001 | 0.0 | 310 | 1.0 | 1.99081 |
| 50 | 1.0 | 2.0 | 140 | 0.001 | 0.0 | 230 | 0.024 | 0.00115 | 320 | 0.977 | 1.85551 |
| 60 | 0.939 | 1.76344 | 150 | 0.001 | 0.0 | 240 | 0.12 | 0.0288 | 330 | 0.839 | 1.39111 |

| Rad | Field | ERP | Rad | Field | ERP | Rad | Field | ERP | Rad | Field | ERP |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 70 | 0.803 | 1.28962 | 160 | 0.001 | 0.0 | 250 | 0.237 | 0.11234 | 340 | 0.789 | 1.27872 |
| 80 | 0.636 | 0.80899 | 170 | 0.001 | 0.0 | 260 | 0.348 | 0.24221 | 350 | 0.895 | 1.6395 |

*(Page)*

Google

sec 295 e erie CHICAGO IL 60611 U#D0020568789

*Proof My u#D Registered with at Dut 295 e Levine My Estates., Page 3C*

🔍 All | 📍 Maps | 📰 News | 🛍 Shopping | ▶ Videos | ⋮ More | Tools

About 8 results (0.78 seconds)

https://www.nm.org › Locations ⋮

**Northwestern Medicine Lavin Family Pavilion | Chicago, IL**
Call 312.926.6000 Request an appointment · Northwestern Medicine Lavin Family Pavilion. 259 **East Erie** Street. **Chicago, Illinois 60611**. place 0.06 mi.
Missing: sec D0020568789

https://www.nm.org › Locations ⋮

**Northwestern Medicine Center for Fertility and Reproductive ...** *D*
259 **East Erie** Street. Suite 2400. **Chicago, Illinois 60611**. place 0.06 mi ... Transportation. There are multiple transportation options to serve **you**.

## People also ask ⋮

What is Northwestern Memorial Hospital known for?

Are northwestern rooms private?

Is Northwestern Medicine the same as Northwestern Memorial?

Is Northwestern hospital non profit?

Feedback

https://maps.northwestern.edu › txt › facility ⋮

**Northwestern Medicine Lavin Family Pavilion**
Northwestern Medicine Lavin Family Pavilion. 259 **E. Erie Chicago, IL 60611**. Located on the southwest corner of **E. Erie** Street and N. Fairbanks Street.
Missing: sec 295 U# D0020568789

https://www.apartments.com › ... › Illinois › Chicago ⋮

*2)*

**2 E Erie St Unit 2805, Chicago, IL 60611 - Apartments.com**
See Apartment 2805 for rent at 2 **E Erie** St in **Chicago, IL** from $4250 plus find other available **Chicago** apartments. Apartments.com has 3D tours, HD videos, ...
Missing: 295 D0020568789

https://thehangrywoof.com › pages › contact-us ⋮

**Got Questions? Contact Hangry Woof**
In the meantime, **you** may find your answer in our FAQ **section**. Address: 1 **E Erie** St, Ste 525, Unit #2056, **Chicago, IL 60611**. Email: info@thehangrywoof.com ...
Missing: 295 D0020568789

---

The Northwes
Center

| Website | Directions |

2.6 | 5 Googl
Diagnostic center in Chi

**COVID-19 info:** nm.org
**Get online care:** nm.org
**Located in:** Northweste
**Address:** 259 E Erie St 1
**Hours:** Open · Closes 5:
Updated by business 2 v
**Phone:** (312) 926-6366
**Appointments:** nm.org

Suggest an edit · Own th

Questions & answe
Be the first to ask a que

Reviews ❓

"I have never had
taking or the sta

"TLDR: Did the w
associate with it

"If I could give a
would!"

View all Google reviews



sec 295 e erie CHICAGO IL 60611 U#D0020568789

Condo located at 555 **E Erie** St, **Chicago, IL 60611**. View sales history, tax history, home value estimates, and overhead views. APN 17101120111617.
$1,034,419.00 · In stock

*P 3C1*
*31*

https://hangerclinic.com › Locations

## Orthotics & Prosthetics - Chicago - 60611 - E Erie St - Hanger ...

If we're adjusting an orthotic or prosthetic device for **you**, make sure to bring the device with **you**. If **you** are a new patient, or your information has changed, ...

https://www.zillow.com › ... › 60611 › Near North

## 55 E Erie St APT 5302, Chicago, IL 60611 | Zillow

55 **E Erie** St APT 5302, **Chicago, IL 60611** is currently not for sale. ... We'll match **you** with a top seller's agent in your area. Find an agent.

### People also search for

| | |
|---|---|
| 259 e erie st chicago, il 60611 | 259 e erie 16th floor |
| hotels near 259 e erie st chicago il | 259 e erie covid testing |
| 251 e huron st chicago, il 60611 | lavin pavilion address |

## Related searches

| | |
|---|---|
| **259** e erie **st chicago,** il 60611 | **259** e erie **16th floor** |
| **northwestern medicine human resources contact** | **259** e erie **covid testing** |
| **hotels near 259** e erie **st** chicago il | **lavin pavilion address** |
| **251 e huron st chicago,** il 60611 | **259** e erie **parking b** |

*In order to show you the most relevant results, we have omitted some entries very similar to the 8 already displayed.*
*If you like, you can repeat the search with the omitted results included.*

**Chicago, Illinois** - From your IP address - Update location

Help    Send feedback    Privacy    Terms

"Northwestern Medicine
among "America's Best"
Anchored by Northwest
Illinois and a top 10 hos

People also search

| | |
|---|---|
| Diagnostic Imaging Specialist... | Northwes Radiology Patient C |
| Medical diagnostic imaging center | Doctor |

About this data

*Memorial Hospital Lavin Family Pavilion — for Neurology* · *Page A*

SEC Form 4

## FORM 4

### UNITED STATES SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

| OMB APPROVAL |
|---|
| OMB Number: 3235-0287 |
| Estimated average burden hours per response: 0.5 |

### STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934 or Section 30(h) of the Investment Company Act of 1940

| 1. Name and Address of Reporting Person* NECASTRO TIMOTHY G | 2. Issuer Name **and** Ticker or Trading Symbol ERIE INDEMNITY CO [ ERIE ] | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable) |
|---|---|---|
| (Last) (First) (Middle) 100 ERIE INSURANCE PLACE | 3. Date of Earliest Transaction (Month/Day/Year) 02/27/2018 | Director ☐ 10% Owner ☐ X Officer (give title below) ☐ Other (specify below) President & CEO |
| (Street) ERIE PA 16530 | 4. If Amendment, Date of Original Filed (Month/Day/Year) | 6. Individual or Joint/Group Filing (Check Applicable Line) X Form filed by One Reporting Person ☐ Form filed by More than One Reporting Person |

(City) (State) (Zip)

### Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) Code | V | 4. Securities Acquired (A) or Disposed Of (D) Amount | (A) or (D) | Price | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| Class A Common Stock | 02/27/2018 | | P | | 215 | A | $116.15 | 12,006 | D | |
| Class A Common Stock | 02/27/2018 | | P | | 278 | A | $114.43 | 278 | I | By ROTH IRA for Self |

### Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned (e.g., puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) Code V | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) (A) (D) | 6. Date Exercisable and Expiration Date (Month/Day/Year) Date Exercisable / Expiration Date | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) Title / Amount or Number of Shares | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | |

**Explanation of Responses:**

Rebecca A. Buona, Power of Attorney    02/27/2018

** Signature of Reporting Person    Date

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

* If the form is filed by more than one reporting person, *see* Instruction 4 (b)(v).

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.

*R DOT Report - Necastro*

*Anderson, Micah    MRN: 111014131418*
*DOB: 11/22/1990 (31 yrs)    ATT: No att. providers found*
*DOS: 02/09/22*
*200152353700    ID Verified [ MA ] NMH*

*Issue Erie Indemnity*

**N** **Northwestern** Medicine®

If this is a medical emergency, please call 911. For urgent visits, please see one of our immediate care locations.

# Northwestern Memorial Hospital Neurology

## IN LAVIN FAMILY PAVILION



259 East Erie
Street
19th Floor
Chicago, Illinois
60611

📍 0.05 mi

## Hours of Operation

| | |
|---|---|
| Monday | 8 am–5 pm |
| Tuesday | 8 am–5 pm |
| Wednesday | 8 am–5 pm |
| Thursday | 8 am–5 pm |
| Friday | 8 am–5 pm |
| Saturday | Closed |
| Sunday | Closed |

## Phone Numbers

Neurology: **312.695.7950**

TTY: **711**

Hi there! Welcome to Northwestern Medicine. Can I help answer something for you?

Feedback

Northwestern Memorial Hospital's neurology and neurosurgery programs have been ranked #1 in Chicago and Illinois for more than a decade. We provide treatment for a full range of neurological disorders and specialize in the treatment of injuries and diseases affecting the brain and spinal cord. Many of our physicians are national leaders in their field.

Our neurology clinics have multidisciplinary teams incorporating the services of psychologists, physical, occupational, and speech therapists, as well as social workers. All our patients have a full team of experts working together to treat the physical, emotional and mental symptoms of their disease. Our goal is to provide the highest quality of care for our patients, while advancing new therapies and uncovering the causes and cures for neurological diseases.

We are among the nation's leading centers of neurosurgical care for patients with cerebrovascular disorders such as stroke and aneurysm, brain and spine tumors, functional disorders such as movement disorders and epilepsy, and complex problems of the spine resulting in neck and spine.

## Parking and Transportation

Hi there! Welcome to Northwestern Medicine. Can I help answer something for you?

Feedback

 Google  | SEC 111014131418 NUREO PODCAST STATION FORM 4   ✕   🎤   🔍 |

*1 B1 of 4*

🔍 All   🖼 Images   📰 News   ▶ Videos   ○ Maps   ⋮ More                    Tools

About 8 results (0.55 seconds)

Showing results for SEC 111014131418 **NEURO** PODCAST STATION FORM 4
No results found for SEC 111014131418 NUREO PODCAST STATION FORM 4

It looks like there aren't many great matches for your search

**Tip:** Try using words that might appear on the page you're looking for. For example, "cake recipes" instead of "how to make a cake."

Need help? Check out other tips for searching on Google.

https://podcasts.apple.com › podcast › neurology-exam...   ⋮
Neurology Exam Prep Podcast Jeremy Moeller
Study materials **for** in-service and certification examinations in **neurology** residency.
Missing: ~~SEC 111014131418 STATION FORM~~

| People also search for | |
|---|---|
| neurology exam prep podcast | aan continuum podcast |
| brainwaves: a neurology podcast | neurology podcast medical student |
| neurology podcast libsyn | neurology podcast reddit |

https://www.aan.com › education › neurology-podcast   ⋮
View Directory and Podcast CME Exams | AAN - American ...
Listen to interviews with authors of research articles on weekly **podcasts** from **Neurology**®, the
official journal of the American Academy of **Neurology**.
Missing: ~~SEC 111014131418 STATION FORM~~

https://www.ninds.nih.gov   ⋮
National Institute of Neurological Disorders and Stroke ...
Studies in mice demonstrate that the therapy could show promise in treating rare, aggressive
**forms** of ALS caused by mutations in the fused in sarcoma (FUS) ...
Missing: ~~SEC 111014131418 PODCAST STATION~~

https://www.neurology.org › residents_fellows   ⋮
Resident & Fellow Section | American Academy of Neurology ...
Resident & Fellow **Section** ... **Neuroethics** is a developing field combining the disciplines of ...
and organizational ethics and policy development.[3,4].
Missing: ~~111014131418 STATION FORM~~

https://www.pacificneuroscienceinstitute.org   ⋮

 SEC 111014131418 NUREO PODCAST STATION FORM 4    ✕  |  🎤   🔍

Missing: ~~SEC~~ ~~111014131418~~ ~~STATION~~

**People also search for**

| | |
|---|---|
| neurology exam prep podcast | aan continuum podcast |
| brainwaves: a neurology podcast | neurology podcast medical student |
| neurology podcast libsyn | neurology podcast reddit |

https://www.neuropt.org › special-interest-groups › pod...  ⋮

### Stroke SIG Podcasts - Academy of Neurologic Physical Therapy

In this episode, the Journal of **Neurologic** Physical Therapy (JNPT) partners with the ANPT Stroke Special Interest Group **for** an interview with Amanda ...

Missing: ~~111014131418~~ ~~STATION~~ ~~FORM~~

https://myana.org › education › ana-investigates-podcas...  ⋮

### ANA Investigates: A Podcast Series - American Neurological ...

Michelle Johansen, Assistant Professor of **Neurology**, Johns Hopkins Medicine; Disclosures: Dr. Heit disclosed that he consults **for** Medtronic and MicroVention, ...

Missing: ~~SEC~~ ~~111014131418~~ ~~STATION~~

https://dcndinc.com  ⋮

### Dayton Center for Neurological Disorders: Home Page

Our neurologists are heavily involved in the Grandview **Neurology** Residency Program where we help train the next generation of doctors. Listen to our **podcast**.

Missing: ~~SEC~~ ~~111014131418~~ ~~STATION~~

## Related searches  ⋮

| | |
|---|---|
| **neurology resident and fellow section submission** | **aan continuum** podcast |
| **neurology exam prep** podcast | **neurology** podcast **medical student** |
| **brainwaves: a neurology** podcast | **neurology** podcast **reddit** |
| **neurology** podcast **libsyn** | **neurology resident salary** |

**Chicago, Illinois** - From your IP address - Update location

Help    Send feedback    Privacy    Terms

# NM Northwestern Medicine®

# Northwestern Medicine Podcasts

**Subscribe to an NM Podcast Series**

  

  



A podcast series by physicians for physicians.

Learn about the disease discoveries and clinical breakthroughs happening within the NM community.

Hi there! Welcome to Northwestern Medicine. Can I help answer something for you?

Feedback

*I explain to NW today* *- page 1 of 4*
*I was told Nothing But they have* *+BIER*
*A PDD CAST Resis with My*
*(Med Records)*

# AFTER VISIT SUMMARY

**NM Northwestern Medicine**

**Micah Anderson** MRN: 111014131418

📅 2/9/2022 📍 NM Emergency Medicine 312-926-5188

*(page 4)*

## Instructions

You were seen in the ED for palpitations. Your work-up showed no acute findings. We did provide referral to the transition care clinic help coordinate outpatient care for you we do recommend following up with 1 physician to coordinate all your care. No need for direct intervention today in the ER. Continue any home medications.

Please return to the ED if you develop chest pain, shortness of breath, fever, chills, sweats, rash, bleeding, uncontrolled pain, altered mental status, nausea, vomiting.

Please follow-up with your primary care provider for ongoing medical care. If your symptoms return or worsen, please call 911 or return to the ED.

Follow-up care is always recommended after a visit to the Emergency Department. It is your responsibility to call the number(s) provided for a follow-up appointment. Your diagnosis today is based on information available to the Emergency Physician and team today. The diagnosis may change as more information becomes available to your personal physician or other healthcare providers. **If you develop any new, worsening, or concerning symptoms of illness, and are unable to follow up with a private physician outpatient, please return here or to the nearest Emergency Department for further care.**

 **Read the attached information**
Palpitations (English)

 **TRANSITIONAL CARE CLINIC REFERRAL AT NMG**
Status: Pending Review*
Expires: 2/9/2023 (requested)

*We will contact you with more information about this referral.

## Reminders/Additional Information

If you had cultures taken, results may take several days. If you had x-rays performed, x-ray readings are not final until a later time. Please ensure you have given us accurate information to contact you if needed.

## Today's Visit

You were seen by Nery Moises Porras, MD and Addison J. Korzun, PA-C

### Reason for Visit
- Chest Pain
- Shoulder Pain

### Diagnosis
Palpitations



| | |
|---|---|
| ❤️ Blood Pressure **120/69** | 🌡️ Temperature (Oral) **98.1 °F** |
| ❤️ Pulse **78** | 🫁 Respiration **18** |
| 🫁 Oxygen Saturation **99%** | |

## MyNM Sign-Up

Send messages to your doctor, view your test results, renew your prescriptions, schedule appointments, and more.

Go to https://mynm.nm.org/MyChart/, click "Sign Up Now", and enter your personal activation code: PX3HD-4MZ9S-D6CDW. Activation code expires 4/20/2022.

## Reminders/Additional Information (continued)

Not all fractures (broken bones) show up on initial x-rays. If you continue to have pain, you may need another x-ray.

To obtain a copy of your chart, please call medical records 312-926-3375

To obtain a copy of your x-rays, please call radiology 312-926-5100

At Northwestern Memorial Hospital, we want all of our patients and their families to be aware of our resources. If you feel hopeless or have thoughts of hurting yourself, call for help and support: 312-926-8100 (Northwestern Memorial Hospital Crisis Line) and/or 800-784-2433 (800-SUICIDE: National Suicide Hotline). For immediate help, call 911 or go to the nearest Emergency Department.

Advanced Directives - Planing ahead for the care you would want is important, whether you are facing a health challenge today or in the future. Specialists are available at Northwestern to assist you in understanding, creating, and communicating the health directives to your family and health care providers. Call 312-695-1805 to schedule an appointment.

## COVID-19 Information

COVID-19 (coronavirus) is highly contagious.  Northwestern Medicine follows strict guidelines for preventing the spread of infection.  However, COVID-19 remains a risk in both the community and the healthcare setting.

You were seen in a healthcare facility with people who have or who are at higher risk for COVID-19.  For the next 14 days, you should closely monitor yourself for symptoms and practice social distancing.

Symptoms of COVID-19 can include the following:
- Fever
- Cough
- Sore throat
- Shortness of breath

If you have symptoms or believe you have been exposed to COVID-19, please do not leave home unless you believe your condition is life-threatening.  Call your primary care physician for guidance on care and testing.  If you do not have a primary care physician, call the Northwestern Medicine COVID-19 hotline at 312.47.COVID (312.472.6843).

**If your symptoms are severe, go to the nearest emergency department or call 911.**  Severe symptoms include:
- Shortness of breath
- Persistent chest pain or pressure
- Confusion

For the latest information on COVID-19, go to nm.org/covid-19.

## All Future Appointments

You currently have no upcoming appointments scheduled.
*Please consider NM Immediate Care Centers for urgent needs that are not life threatening. No appointment needed. Open 7 Days a week. Visit nm.org/immediatecare to find a location nearest to you.*

Additional Referral Follow up Information

Please make sure to follow up with our Physician Referral Line for your follow up appointments at (312) 926-2905.

Please call our Outpatient Referral Line to schedule your appointment(s) at (312) 926-8400.

Medication Instructions
- Please verify your medication bottles match this list.
- Check with your physician before taking any medications or supplements not listed in your "TAKE these medications" section below.

# Safe Opioid Use and Disposal Information

Your healthcare provider prescribed opioid medicine such as Tramadol (Ultram®), Codeine (Tylenol-Codeine #3), Hydrocodone (Norco®, Vicodin®), Hydromorphone (Dilaudid®), Oxycodone (Roxicodone®, OxyContin®) to help manage your pain. Opioids carry a risk of addiction and abuse, so it is important to carefully follow your healthcare provider's instructions.
- Only take opioid medicines when you need them for pain.
- Try to decrease the amount taken each day and try to avoid taking this product for more than 1 to 2 weeks, unless instructed otherwise by your treating physician.
- Do not drink alcohol, drive, or operate dangerous machinery when taking opioid medications.
- Use an over-the-counter or prescription stool softener in combination with this pain product to address the potential for constipation.
- Do not share these medicines with any other people, including family members or friends.
- Keep these medicines in a safe place and out-of-reach of children.
- Discontinue this medication and notify your physician if you develop nausea, vomiting, a rash, itching, dizziness, confusion, hallucinations, excessive drowsiness, shortness of breath, abdominal pain, constipation, or urinary retention.
- When you no longer need these medicines to control your pain, **please safely dispose of the leftover pills. Search for a location near you at nm.org/safemeddisposal.**

# Benzodiazepine Medicines

Common benzodiazepine medicines include Alprazolam (Xanax®), Diazepam (B®), Lorazepam (Ativan®), Clonazepam (Klonopin®), and Chlordiazepoxide (Librium®).
- There is a potential for serious increased sedation and life-threatening respiratory depression when taking an opioid pain product at the same time as a benzodiazepine.
- Notify a member of your physician's team if you normally take a benzodiazepine and you have been prescribed an opioid pain product. You may be instructed to avoid the benzodiazepine medicine while taking the opioid medicine.
- If your physician has prescribed a low-dose benzodiazepine for muscle spasms, in addition to an opioid for pain, take the smallest amount of opioid prescribed and space administration of the opioid and benzodiazepine apart by several hours. Notify your physician and discontinue both medicines in the event of concerning sedation.

# Your Medication List

ASK your doctor about these medications



**ASK**

**HYDROcodone-acetaminophen** 5-325 mg per tablet
Commonly known as: NORCO

Take 1 tablet by mouth every 6 (six) hours as needed for pain for up to 3 doses.

**Attached Information**

Palpitations (English)

## Heart Palpitations



Palpitations are the feeling that your heart is beating hard, fast, or irregular. Some describe it as "pounding," "flip-flopping in the chest," or "skipped beats." Palpitations may occur in someone with heart disease. But they can also occur in a healthy person.

Heart-related causes:

- Heart rhythm problem (arrhythmia)
- Heart valve disease
- Disease of the heart muscle (cardiomyopathy)
- Coronary artery disease
- High blood pressure

Non-heart-related causes:

- Certain medicines such as asthma inhalers and decongestants
- Some herbal supplements, energy drinks and pills, and weight loss pills
- Illegal stimulant drugs such as cocaine, crank, methamphetamine, PCP, bath salts, and ecstasy
- Caffeine, alcohol, and tobacco
- Health conditions such as thyroid disease, anemia, anxiety, and panic disorder

Sometimes the cause can't be found.

### Home care

Follow these home care tips:

- Don't use too much caffeine, alcohol, or tobacco, or any stimulant drugs.

**Attached Information (continued)**                                    Palpitations (English)

- Tell your doctor about any prescription or over-the-counter or herbal medicines you take.

**Follow-up care**

- Follow up with your doctor, or as advised.

## Call 911

This is the fastest and safest way to get to the emergency department. The paramedics can also start treatment on the way to the hospital, if needed.

Don't wait until your symptoms are severe to call 911. These are reasons to call 911:

- Chest pain
- Shortness of breath
- Feeling lightheaded, faint, or dizzy, or losing consciousness
- Very irregular heartbeat
- Rapid heartbeat that makes you uncomfortable
- Slower than usual heart rate along with symptoms
- Chest pain with weakness, dizziness, heavy sweating, nausea, or vomiting
- Extreme drowsiness, confusion, or weakness
- Weakness of an arm or leg, or on one side of the face
- Trouble with speech or vision

**When to seek medical advice**

Call your healthcare provider right away if you have palpitations that last longer than normal, or are different from your past palpitations.

**StayWell last reviewed this educational content on** 11/1/2019

© 2000-2021 The StayWell Company, LLC. All rights reserved. This information is not intended as a substitute for professional medical care. Always follow your healthcare professional's instructions.

**NM Emergency Medicine**
251 E. Huron Street
Chicago IL 60611-2908
Phone: 312-926-5188
Fax: 312-926-2000

# Micah Anderson
MRN: **111014131418**

Department: **NM Emergency Medicine**
Date of Visit: **2/9/2022**

## Diagnoses this visit
Your diagnosis was: PALPITATIONS

## You were seen by
You were seen by: Porras, Nery Moises, MD

## Procedures and tests performed during your visit

| Procedure/Test | Number of Times Performed |
|---|---|
| Basic Metabolic Panel | 1 |
| CBC with Differential | 1 |
| Electrocardiogram (ECG) | 2 |
| Troponin | 2 |

## Medication List

## ASK your doctor about these medications
**HYDROcodone-acetaminophen** 5-325 mg per tablet
Commonly known as: NORCO
Take 1 tablet by mouth every 6 (six) hours as needed for pain for up to 3 doses.

## Discharge Instructions

You were seen in the ED for palpitations. Your work-up showed no acute findings. We did provide referral to the transition care clinic help coordinate outpatient care for you we do recommend following up with 1 physician to coordinate all your care. No need for direct intervention today in the ER. Continue any home medications.

Please return to the ED if you develop chest pain, shortness of breath, fever, chills, sweats, rash, bleeding, uncontrolled pain, altered mental status, nausea, vomiting.

Please follow-up with your primary care provider for ongoing medical care. If your symptoms return or worsen, please call 911 or return to the ED.

Follow-up care is always recommended after a visit to the Emergency Department. It is your responsibility to call the number(s) provided for a follow-up appointment. Your diagnosis today is based on information available to the Emergency Physician and team today. The diagnosis may change as more information becomes available to your personal physician or other healthcare providers. **If you develop any new, worsening, or concerning symptoms of illness, and are unable to follow up with a private physician outpatient, please return here or to the nearest Emergency Department for further care.**

## Discharge References/Attachments
### Palpitations (English)

Patient Signature: _____ Date: _____





**555 E Erie St,** Chicago, IL 60611

**$1,034,419**
Redfin Estimate

— Beds

— Baths

— Sq Ft

**Off Market**

## About This Home

Redfin last checked: <u>over 7 days ago</u> • Source: Public Records

# edfin Estimate for 555 E Erie St

2)

COVID-19:

Precautions and What to Expect in Our Clinics

/ <u>Find a Clinic</u> / <u>IL</u> / <u>Chicago</u> / E Erie St



# Chicago, Illinois - E Erie St

 ☐ **MAKE THIS MY CLINIC**

📍 **MORE LOCATIONS IN ILLINOIS >**

## Formerly Scheck & Siress - Northwestern

Scheck & Siress is proud to be part of Hanger Clinic. A

Hanger Clinic family, we specialize in providing soluti

💬 Contact Us

pediatric patients who use or require the use of orthotic, prosthetic, or pedorthic devices. We provide personalized attention and compassionate care to each person who chooses our services. We believe in improving and restoring mobility and helping people achieve their goals. Whether you are adapting to a new way of life or looking for ways to enhance your current lifestyle, we have the experience and knowledge to help you move forward with confidence. Call our office to request a free evaluation.



**(312) 787-4400**          **GET DIRECTIONS**

**CONTACT**

**233 East Erie Street, Suite 220**
**Chicago, IL 60611**

Phone: (312) 787-4400
Fax: (312) 787-4402



**HOURS**

Monday - Friday, 8:30 a.m. - 5 p.m.

3)

# Our Care Team



**Kristin Carnahan, CPO**

Clinician

# Before Your Appointment

We look forward to seeing you at Hanger Clinic!

- Please be sure to bring a photo ID and your insurance card, and consider making a list of any questions you might have, so we can make sure to address them.

💬 Contact Us

Condos / Illinois / Chicago / **2 E Erie St** Unit 2805



C 2 Weeks Ago

# 2 E Eri...

2 E Erie St, Chicag...

River North

Check Back Soon for Upcoming Availability

**Alert Me About Listings**

| Beds | Baths | # of Units | Average SF |
|------|-------|-----------|------------|
| 3 Br | 2 Ba | 1 | 2,000 SF |

# About 2 E Erie St Chicago, IL 60611

This highly sought after building features 24-hour doorman, excellent on-site management & maintenance, large rooftop gym, rooftop sundeck with gas grills & breathtaking city views, rooftop party room, secure bicycle storage room, package receiving room, and on-site dry cleaners.

2 E Erie St is a condo located in Cook County, the 60611 ZIP Code, and the attendance zone.

Northwestern University and Moody Bible Institute.



| Colleges | Walk | Distar |
|---|---|---|
| Loyola University | 5 min | 0.3 m |
| Northwestern University | 10 min | 0.5 m |
| Moody Bible Institute | 13 min | 0.7 m |

# Walkability Near 2 E Erie St Chicago, IL 60611

| Walker's Paradise | **100** |
|---|---|
| Walk Score® | Out of 100 |

Lace up your walking shoes because this area is considered a walker's paradise.

| Rider's Paradise | **100** |
|---|---|
| Transit Score® | Out of 100 |

Living in this area is considered a rider's paradise, with world-class transportation.

| Very Bikeable | **84** |
|---|---|
| Bike Score® | Out |

| Busy | **63** |
|---|---|
| Soundscore™ | Out |

Score of
100

This area is very bikeable. You'll

find a variety of bike paths and lanes.

of
100

**Traffic:** **Airport:** **Businesses:**
BusyCalmBusy

Scores provided by Walk Score and HowLoud ⓘ

# Points of Interest

Time and distance from 2 E Erie St Unit 2805.

6)

| Shopping Centers | Walk | Distar |
|---|---|---|
| The Shops at North Bri... | 6 min | 0.3 mi |
| 830 N Michigan | 8 min | 0.4 mi |

2 E Erie St Unit 2805 has 2 shopping centers within 0.4 miles, which is about a 8-minute walk. The miles and minutes will be for the farthest away property.

| Parks and Recreation | Walk | Distar |
|---|---|---|
| Lake Shore Park | 12 min | 0.7 mi |
| Alliance for the Great ... | 15 min | 0.8 mi |
| Openlands | 16 min | 0.8 mi |
| Millennium Park | 19 min | 1.0 mi |
| Chicago Children's Mu... | 22 min | 1.2 mi |

2 E Erie St Unit 2805 has 5 parks within 1.2 miles, including Lake Shore Park, Alliance for the Great Lakes, and Openlands.

# **Campus Maps**

## **Northwestern Medicine Lavin Family Pavilion**

259 E. Erie
Chicago, IL 60611

Located on the southwest corner of E. Erie Street and N. Fairbanks Street.

View on Map (//facility/657) | Directions (//https://maps.google.com/maps?daddr=259%2BE.%2BErie%2BChicago%2BIL%2B60611)

---

Address
**Global Marketing and Communications**
1603 Orrington Ave, Ste 200
Evanston, IL 60201

Email Address
webcomm-support@northwestern.edu (/mailto:webcomm-support@northwestern.edu)

*See page (F1)*

<u>CLAIM</u>

I m submitting the purchase that came from my
Bond Investments used By Dean M HARRISON

1) Security Purchase Release AT Northern Trust
50 South LASALLE St 6/30/2017 Chicago 1 L
60603 Attorny Bradly R Gabriel PB1

2) Security purchase 2016 Form 4
PB 2

3) Beneficials from my Certificate 6463591
with the Northern trust And Dean harrison
2019 - 04-03
PB3
4) Dean HARrison Fintel Registration proof of the
Registration with my Investments PB4

5)

These Are The Records of proof that The Executer
was Registered with My Investments Holding my property
AND personal property

CLAIM

Proof of the UHD 0020568789 My INvestments
Were Registered on the Northern Trust Holding
My Estat Assest from 20. Elolding
My Custodial Assest

INsider INSight with the Northern
Trust Holding my PNvestments Estates
And personal property By Guardion Dean M.
Harrison CFO.

PAge A1 follow
INSIDer Insight